No. 466. CAHILL *v.* MAYFLOWER BUS LINES, INC. ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied for the reason that application for the writ of certiorari was not made within the time provided by law. Section 8 (a) Act of February 13, 1925 (43 Stat. 936, 940), U. S. Code, Title 28, § 350. *Warshauer* v. *Lloyd Sabaudo S. A.,* 293 U. S. 610; *Medhurst* v. *The South*

630

*American,* 264 U. S. 587. *Mr. Humphrey J. Lynch* for petitioner. *Mr. Edward R. Brumley* for respondents.